Case 5:21-cv-00135-TBR   Document 1   Filed 09/13/21   Page 1 of 1 PageID #: 1

5:21-cv-135-TBR

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Sep 13, 2021

Motion to file suit Cindy Mitchell vs. A. Liebenrood and Officer Parish of Paducah City Police Department.

I Cindy Mitchell, feels like these officers just want to harass me. I signed a paper that supposedly banned me from walmart for a lifetime back on May 28th, 2021 now these officers wait almost 4 months later and just because I'm already in jail now they decide to serve me with an E. Summons in which I haven't made a court appearance yet but this is just like hitting me with double jeopardy and it's not a theft because I didn't make it out of walmarts they also got all merchandise back plus my paid cellphones and my 2 30 dollar prepaid minutes cards I'm also planning to sue walmarts at 3220 Irvin Cobb for refusing to give me my reciept and my paid for merchandise. Cindy Mitchell