# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or

Rev. 10/10     **UNDER** *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**FILED**

JAMES J. VILT, JR. - CLERK

NOV 17 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*Cindy Mitchell*

2 l cv 135

_____

(Full name of the Plaintiff(s) in this action)

v.                                    CIVIL ACTION NO. _____

*Officer Lichenwood*          (To be supplied by the clerk)

*Officer Parrish*

_____

_____          (✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

_____

(Full name of the Defendant(s) in this action)

## I.    PARTIES

   **(A)  Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

   (1)  Name of Plaintiff: *Cindy Mitchell*

   Place of Confinement: _____

   Address: *1901 Clay St. Paducah, Ky 4200*

   Status of Plaintiff:  CONVICTED ( )    PRETRIAL DETAINEE ( )

   (2)  Name of Plaintiff: _____

   Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED (___)   PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B)  Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant ___Officer Liobonroo___ is employed as ___Paducah___ at ___Police Dept___.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(2)  Defendant ___Officer Parrish___ is employed as ___Paducah___ at ___Police Dept___.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3)  Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (____) individual and/or (____) official capacity.

## II.   PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (____) NO (____)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Officer Brown and Officer Harris allowed me to leave the scene of a crime on 5/28/2021 Southside walmart on Irvin Cobb dr. Months later while I'm in jail they deliver an E summons and I was not taken to court on 9/2/21 Now I go Dec 14, 21 I feel like I'm a targeted individual to these 2 officers and I know they often watch me walking which is harassment and stalking

4

**III. STATEMENT OF CLAIM(S) continued**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____   award money damages in the amount of $ _180,000_____

_____   grant injunctive relief by_____

_____   award punitive damages in the amount of $_____

_____   other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
   (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _7_ day of _November_, 20_21_

_Cindy Mitchell_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6