# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**CINDY MITCHELL**                                                                                   **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 5:21-CV-P135-TBR**

**A. LIEBENROOD et al.**                                                            **DEFENDANTS**

## **ORDER**

For the reasons set forth in the Memorandum entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith.

Date: May 10, 2022

                                                                 **Thomas B. Russell, Senior Judge**
                                                                 **United States District Court**

cc:      Plaintiff, *pro se*
           Defendants
4413.009